

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Rachel Lakaye Guillory,　　　　　　　* From the 358th District Court
　　　　　　　　　　　　　　　　　　　　of Ector County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. D-44,283.

Vs. No. 11-20-00207-CR　　　　　　　* September 25, 2020

The State of Texas,　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　Stretcher, J., and Wright, S.C.J.,
　　　　　　　　　　　　　　　　　　　　sitting by assignment)
　　　　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.